

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00385-CV

THE TOWN OF FLOWER MOUND,           APPELLANTS
TEXAS; JIMMY STATHATOS, IN
HIS OFFICIAL CAPACITY AS
TOWN MANAGER; TERRY
WELCH, IN HIS OFFICIAL
CAPACITY AS TOWN ATTORNEY;
AND GREG PERRY, IN HIS
OFFICIAL CAPACITY AS TOWN
ENGINEER

V.

ANAS ALHAJJI           APPELLEE

------------

### FROM THE 431ST DISTRICT COURT OF DENTON COUNTY
### TRIAL COURT NO. 2012-71264-431

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

---

[1]*See* Tex. R. App. P. 47.4.

We have considered the parties' "Joint Motion To Dismiss Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal and grant the parties' request to issue mandate with the judgment. *See* Tex. R. App. P. 42.1(a)(2), 43.2(f); 18.1(c); 18.6. Appellee's "Motion For Rule 45 Sanctions" is denied as moot.

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL: MEIER, WALKER, and GABRIEL, JJ.

DELIVERED: August 21, 2014